# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-00208 FMO (KKx) | Date | June 12, 2018 |
|---|---|---|---|
| Title | Samuel Love v. Manuel R. Cardenas, et al. | | |

**Present: The Honorable** Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Attorney Admissions

The court has received notice from the Clerk's Office that Attorney Christopher L. Nelson ("Attorney Nelson") is not admitted to practice in the Central District of California. Attorney Nelson was notified by email on March 27, 2018 that he is not admitted to practice in this Court and was given ten calendar days to respond by either providing proof of admission or applying for admission. As of the filing date of this order, Attorney Nelson has not responded to the Clerk's notice. Accordingly, IT IS ORDERED THAT Attorney Christopher L. Nelson shall appear on **June 21, 2018**, at **10:00 a.m.**, to show cause why he should not be removed from this action for failure to comply with Local Rule 83-2.1.1.1. Compliance with the requirements to be admitted to the Central District **prior** to the Order to Show Cause hearing shall be deemed as a satisfactory response to this Order to Show Cause.

IT IS SO ORDERED.

| | 00 : 00 |
|---|---|
| | Initials of Preparer  vdr |