CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Sara Gunderson, Esq., SBN 302582
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
sarag@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Manuel R. Cardenas; Margarita Arriaga**; <br><br> Defendants. | **Case:** 5:18-CV-00208-FMO-KK <br><br> **Plaintiff's Notice of and Motion for Summary Judgment** <br><br> Date:  November 15, 2018 <br> Time:  10 AM <br> Ctrm:  6D (6th Floor) <br><br> Hon. Judge Fernando M Olguin |

To all Defendants and their attorneys of record:

Please take notice that on November 15, 2018 at 10:00 am or as soon thereafter as the matter may be heard in the courtroom of the Honorable Fernando M Olguin, located at 350 West First Street, Los Angeles, California, Plaintiff Samuel Love, will and hereby does move this Court to enter summary judgment in favor of Plaintiff and against Defendants.

Plaintiff seeks: 1) an Order from the Court requiring Defendants to provide and maintain accessible parking and accessible ramp at the Mexican

1  Tire Shop located at or about 15390 7th Street, Victorville, California; and 2)
2  judgment in favor of Plaintiff and against all Defendants in the amount of
3  $8,000.
4       This motion is made on the grounds that there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law filed concurrently herewith, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

This motion is made following the required in-person meet and confer pursuant to the Judge's standing order, which took place on October 5, 2018 with counsel for defendant Arriaga and on October 8, 2018 with defendant Cardenas, who was accompanied by his daughter, Monica Rodriguez.

Dated: October 15, 2018                    Center for Disability Access


                                           By: /s/ *Sara N. Gunderson*
                                           Sara Gunderson
                                           Attorneys for Plaintiff