CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Sara Gunderson, Esq., SBN 302582
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
sarag@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love,** | **Case:** 5:18-CV-00208-FMO-KK |
| Plaintiff, | |
| v. | **Declaration of Sara Gunderson in Support of Plaintiff's Motion for Summary Judgment** |
| **Manuel R. Cardenas; Margarita Arriaga,** | |
| Defendants. | |

1. I, the undersigned, am one of the attorneys for plaintiff, Chris Langer, and in that capacity of have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. Attached as Exhibit 5 is a true and correct copy of the Answer filed by defendant, Manuel Cardenas.

3. Attached as Exhibit 6 is a true and correct copy of the Answer filed by defendant, Margarita Arriaga.

4. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

1

1 | Dated: October 13, 2018             Center for Disability Access
2
3                                       By: /s/ *Sara N. Gunderson*
4                                           Sara Gunderson
                                            Attorneys for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28