CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Sara Gunderson, Esq., SBN 302582
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
sarag@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>   Plaintiff,<br><br>v.<br><br>**Manuel R. Cardenas;**<br>**Margarita Arriaga;**<br>   Defendants | **Case:** 5:18-CV-00208-FMO-KK<br><br>**Declaration of Samuel Love in Support of his Motion for Summary Judgment** |

1. I, the undersigned, am the Plaintiff in this case. Based upon my own experience and knowledge, I can competently testify to the following:

2. I am a paraplegic. I cannot walk. I use a wheelchair for mobility.

3. I have a specially equipped van with a ramp that deploys from the passenger side of the van to accommodate my wheelchair.

4. On December 29, 2017, I went to the Mexican Tire Shop ("Store") located at or about 15390 7th Street, Victorville, California, to inquire about their products and services.

5. As I drove into the parking lot of the Store, I discovered that there were parking spaces provided for customers, one of which was reserved for persons with disabilities.

6. The surface of the reserved parking space had deteriorated with broken pieces of asphalt.

7. The reserved parking space and access aisle were too narrow for me to be able to park my vehicle.

8. The outline of the reserved parking space had faded.

9. Apart from the pole mounted signage indicating accessibility, there was no other signage displayed at or near the reserved parking space.

10. I need a parking space with an access aisle to ensure I have enough room to deploy my ramp.

11. I need a parking space with a wider access aisle to ensure I have enough room to get in and out of my vehicle. I was anxious to park in the parking lot of the Store because I was afraid that another car would park next to me, preventing me from re-entering my vehicle.

12. I have faced this problem many times in the past when I have parked in a parking space that did not have an access aisle, and then was trapped out of my vehicle when another car parked next to me.

13. I also need a space with the proper signage and markings so that it is clear to non-disabled patrons that it is only for disabled persons to use.

14. Due to the lack of a disabled parking space with an access aisle, I was deterred from attempting further patronage and I left the property.

15. This caused me difficulty, discomfort and frustration.

16. The photographs submitted as Exhibit "4" (pp. 1-8) truly and accurately depict the condition of the parking lot at the Store on the

day that I attempted to patronize it on December 29, 2017, with the exception that there were different cars parked.

17. I live in Beaumont, California, and the Store is just a few miles from my place; it's a convenient place for me to shop whenever I am in the area.

18. I would like the ability to safely and independently park and access the Store.

19. Once the violations are removed, I plan to visit the Store on a regular basis whenever the need arises.

20. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 15, 2018     By: /s/ Samuel Love
                                Samuel Love