CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Sara Gunderson, Esq., SBN 302582
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
sarag@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Manuel R. Cardenas; Margarita Arriaga** <br><br> Defendants. | **Case: :** 5:18-CV-00208-FMO-KK <br><br> **Declaration of Evens Louis in Support of Plaintiff's Motion for Summary Judgment** |

1. I, the undersigned, am an investigator hired by the Center for Disability Access to conduct an investigation in this case. Based upon my own experience and knowledge, I can competently testify to the following.

2. I was given the assignment of going to the Mexican Tire Shop ("Store") located at or about 15390 7th Street, Victorville, California, and taking photographs and measurements of the parking and the path of travel leading to the Store.

3. On January 22, 2018, I went to the Store and conducted the inspection.

4. I found that the off-street parking lot serving the Store offered approximately 4 parking spaces to its customers, one of which was reserved for persons with disabilities.

5. The reserved parking space measured 96 inches in width.

6. The access aisle measured just 28 inches in width.

7. The surface of the reserved parking space had deteriorated with broken pieces of asphalt.

8. The outline of the reserved parking space had faded.

9. Apart from the pole mounted signage indicating accessibility, there was no other signage displayed at or near the reserved parking space.

10. Additionally, the ramp that leads to the entrance of the Store is too steep and had a slope of 16.9% gradient.

11. I personally took all my measurements with a measuring tape and slope gauge.

12. The photographs submitted as Exhibit "4" are true and accurate copies of the photographs of the parking and the path of travel leading to the Store, that I took on January 22, 2018.

13. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 15, 2018        By: *Evens Louis*
                                   —DocuSigned by—
                                   18ED2CBB3817486...
                                   Evens Louis