

Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4



Plaintiff Love, Summary Judgment, Ex. No. 4