MANUEL R. CARDENAS
15317 SEVENTH STREET
VICTORVILLE, CA 92395
TEL: (760) 605-2112

Attorney for Defendant:
MANUEL R. CARDENAS, PRO PER

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No.: **5:18 –cv-0208FMO (KKx)** |
| Plaintiff, | Answer to Complaint for Damages and Injunctive Relief for Alleged Violations of: American's With Disability Act; Unruh Civil Rights Act |
| vs. | |
| MANUEL R. CARDENAS; MARGARITA ARRIAGA; AND DOES 1-10, | |
| Defendant. | |

COME NOW Defendant ("Defendant"), and answering the Complaint herein for HIMSELF and for no other Defendants, admit, deny, and allege as follows:

1. Answering Paragraph 1 of the Complaint, Defendant does not have sufficient information or belief to enable them to answer said Paragraph and, on that ground, denies each and every allegations contained herein.

2. Defendant admits allegations in Paragraphs 2, 3, 4, 5, 11, 12, 29 and 34.

3. Answering Paragraph 6 of the Complaint, Defendant does not have sufficient information or

RECEIVED

MAR 0 8 2018

belief to enable him to answer said Paragraph and, on that ground, denies each and every allegations contained therein.

4. Answering Paragraph 7 through 9 of the Complaint, Defendant admits that jurisdiction and venue are proper. As to remainder of the allegations set forth in these Paragraphs, Defendant does not have sufficient information or belief to enable him to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

5. Answering Paragraph 10, 13 through 28, 31, 33, 35 through 39 of the Complaint, Defendant denies generally and specifically each and every allegations contained therein.

6. Defendant denies the allegations contained in the unnumbered paragraphs beginning with the word "Wherefore" following Paragraph 39 of the Complaint, and specifically denies that Plaintiff's is entitled to any of the relief sough therein.

**FIRST AFFIRMATIVE DEFENSE**

7. Plaintiff's Complaint fails to state a claim on which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

8. Defendant affirmatively states that he is not liable for damages alleged by Plaintiff because those damages were caused by intervening or superseding actions of Plaintiff or third parties beyond the control of Defendant

**THIRD AFFIRMATIVE DEFENSE**

9. Plaintiff's claims and request for relief are barred, in whole or in part, by the doctrine of waiver and/or estoppel.

**FOURTH AFFIRMATIVE DEFENSE**

10. Plaintiff's claims and request for relief are barred, in whole or in part, by doctrine of collateral estoppel and/or res judicata.

**FIFTH AFFIRMATIVE DEFENSE**

11. Plaintiff lacks standing to assert claims because he has not suffered damages or injury.

**SIXTH AFFIRMATIVE DEFENSE**

12. Defendant reserves the right to amend his pleadings on future discovery in this action and/or

2

Answer to Complaint

if other analysis indicate that amendments are appropriate.

WHEREFORE, Defendant, respectfully prays that the Court grant the following relief:

1. That the Complaint be dismissed and claimant obtain no relief thereon;
2. That Defendant be awarded their costs, expenses and any attorneys' fees incurred herein; and,
3. For such other and further relief as the Court may deem just and proper.

February 27, 2018

_____
MANUEL R. CARDENAS, Pro Per

3

Answer to Complaint

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
MANUEL R. CARDENAS
15317 SEVENTH STREET
VICTORVILLE, CA 92395
(760) 605-2112

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SAMUEL LOVE | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 5:18-cv-FMO(KKx) |
| v. | |
| MANUEL R. CARDENAS MARGARITA ARRIAGA; and DOES 1-10 | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES, State of California, and not a party to the above-entitled cause. On FEBRUARY 28, 2018, I served a true copy of ANSWER TO COMPLAINT by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Phyl Grace, Esq., Center for Disability Access 9845 Erma Rd., #300, San Diego, CA 92196

Executed on FEBRUARY, 28, 2018 at LOS ANGELES, California

Please check one of these boxes if service is made by mail:

- ☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
- ☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
- ☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

*Signature*                                *Party Served*

4

CV-40 (01/00)                **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**