UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Manuel R. Cardenas; Margarita Arriaga**; <br><br> Defendants. | **Case:** 5:18-CV-00208-FMO-KK <br><br> [Proposed] **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff's motion for summary judgment came on for hearing before this Court, Sara Gunderson appearing for Plaintiff and Robert C. Chandler appearing for Defendant Margarita Arriaga and (Manuel R. Cardenas is Proper). The Plaintiff has provided the facts necessary to establish that a violation under the Americans with Disabilities Act has occurred, and is entitled to damages under the California Unruh Civil Rights Act. Therefore, after consideration of the briefs and arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that plaintiff's motion for summary judgment is GRANTED.

Dated: By:_____
 Fernando M Olguin
 United States District Judge