CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff SAMUEL LOVE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>      Plaintiff,<br><br>   v.<br><br>**Manuel R. Cardenas**;<br>**Margarita Arriaga;**<br>and Does 1-10,<br><br>      Defendants. | **Case:** 5:18-CV-00208-FMO-KK<br><br>**Plaintiff's Notice of Motion for Relief**<br><br>Date:   August 1, 2019<br>Time:  10:00 a.m.<br>Ctrm:   6D (6th Floor)<br><br>Hon Judge Fernando M Olguin |

   To Defendants Manuel R. Cardenas and Margarita Arriaga, and to their attorneys on record:

   Please take notice that on August 1, 2019 at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Fernando M Olguin, located at United States Courthouse, 350 W. 1st Street, Los Angeles, California, Plaintiff Samuel Love will and hereby does move this Court to determine appropriate relief and award him reasonable attorney fees in the amount of $25,802.50 pursuant to 42 U.S.C. § 12205, California Civil Code § 52(a).

   This motion is made on the grounds that the plaintiff is the prevailing party, having obtained a Summary judgment on his claims. This motion will be based

upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the declarations and other exhibits, and all papers on file in this case.

On June 20, 2019, Plaintiff's counsel attempted to meet and confer pursuant to L.R. 7-3 on the fee motion with the Defense counsel. Defense counsel for Arriaga informed that he has lost contact with his client and he will not be opposing the motion on the condition that the claims for fees and costs are "reasonable." Plaintiff was unable to make contact with Defendant Rodriguez.

Dated: June 28, 2019                    CENTER FOR DISABILITY ACCESS

                                        By:  /s/ Mark Potter
                                        Mark Potter, Esq.
                                        Attorneys for Plaintiff