UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Manuel R. Cardenas**; **Margarita Arriaga;** and Does 1-10, <br><br> Defendants. | **Case:** 5:18-CV-00208-FMO-KK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF** <br><br> Hon. Fernando M Olguin |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Relief is granted and:

1. Plaintiff shall be awarded separately $4,000 under the Unruh Civil Rights Act 52(a) against Manuel R. Cardenas.

2. Plaintiff shall be awarded separately $4,000 under the Unruh Civil Rights Act 52(a) against Margarita Arriaga.

3. Plaintiff shall be awarded attorneys' fees in the amount of $24,922.50 and costs in the amount of $840.00. The Defendants are each jointly and severally liable for a total of $25,762.50.

4. Defendants are ordered to modify the parking lot of the Mexican Tire Shop located at 15390 7th Street, Victorville California to comply with the Americans with Disabilities Act

2010 Accessibility Guidelines § 208 & 502-502.7 within 60 days of entry of judgment.

IT IS SO ORDERED.

Dated: _____

              HON. FERNANDO M. OLGUIN
              DISTRICT COURT JUDGE

2

Order                     5:18-CV-00208-FMO-KK