CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff SAMUEL LOVE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Samuel Love**,

    Plaintiff,

 v.

**Manuel R. Cardenas**;
**Margarita Arriaga;**
and Does 1-10,

    Defendants.

**Case:** 5:18-CV-00208-FMO-KK

**Index of and Exhibits in Support of Plaintiff's Motion for Attorney's Fees**

**TABLE OF EXHIBITS**

Exhibit 1 .................................................................................. Declaration of Mark Potter

Exhibit 2 ................................................................................................. Billing Statement

Exhibit 3 ............................................................................................Fee Award (Judge Wilson)

Exhibit 4 ........................................................................................... Fee Award (Judge Bernal)

Exhibit 5 .......................................................................................... Fee Award (Judge Fischer)

Exhibit 6 ............................................................................................Fee Award (Judge Snyder)

Exhibit 7 .............................................................................................Fee Award (Judge Laporte)

Exhibit 8 .............................................................................................Fee Award (Judge Strobel)

Exhibit 9 ............................................................................................ Fee Award (Judge Philips)

L:\ADA Clients\Love, Sam\Mexican Tires (Cardenas) (15390 7th St)\!! FEE MOTION DRAFT