CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff SAMUEL LOVE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Manuel R. Cardenas**; <br>**Margarita Arriaga;** <br>and Does 1-10, <br><br> Defendants. | Case No. 5:18-CV-00208-FMO-KK <br><br> **Declaration of Mark Potter in Support of Plaintiff's Motion for Attorney's Fees and Litigation Expenses** |

1. I, the undersigned, am one of the attorneys for plaintiff, Samuel Love, and in that capacity of have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. I am the managing partner of the Center for Disability Access. I manage the firm's personnel and I maintain and review the firm's billing. I maintain all the business records, including the billing and invoices. The billing that is attached to this declaration as exhibit 2 is a true and accurate reproduction of the billing kept in this case and truly and accurately reflects the time spent by the attorneys who worked on this case and kept in the normal course of business.

3. The attorney fee awards submitted as exhibits 3-9 are true and accurate copies of the fee awards handed down those cases and maintained by me as attorney of record in each of those cases.

4. I paid my investigator $200 to conduct the investigation in this case. That is my investigator's going rate. He did not present me a formal invoice.

5. I founded the Center for Disability Access, have devoted more than 95% of my practice to disability issues for 20 years. I was a former officer of the California's for Disability Rights, Chapter Number One—the oldest and most prestigious disability civil rights advocacy organization in California, as well as a board member of the prestigious Southern California Rehabilitation Services. I have given ADA seminars throughout the state of California and published in numerous disabled rights periodicals. I have litigated over 2,000 disability cases. My expertise and experience with ADA cases is almost unparalleled in California. I have been interviewed on CNN as an ADA legal expert. I am qualified to bill at $595 per hour.

6. Attorney Ray Ballister has been in practice for 29 years. He has prosecuted over a thousand disability access cases and has tremendous trial experience. He has taken and defendant hundreds and hundreds of depositions, attended thousands of hearings, has an extensive trial record. For more than a decade, Mr. Ballister has focused exclusively on disability access cases. He is qualified to bill at $550 per hour.

7. Phyl Grace is qualified to bill at $550 per hour. She has been practicing for more than 22 years. Over the last decade, she has focused exclusively on disability access litigation. She has handled trials, taken depositions,

drafted motions, and otherwise litigated hundreds and hundreds of civil rights cases.

8. Attorney Dennis Price is qualified to bill at $450 per hour. Mr. Price graduated from Loyola Law School in Los Angeles in 2011 where he served on the Moot Court Honors Board and represented the school in appellate competitions. Mr. Price clerked for the California Court of Appeal and then worked for a large non-profit firm working on behalf of disadvantaged communities prior to joining Potter Handy in 2012. Since then, Mr. Price has been involved in hundreds of disability rights cases, participating in all stages of litigation from inception through trial as well as arguing in both the California Court of Appeal and the 9th Circuit.

9. Attorney Chris Carson is qualified to bill at $450 per hour. Ms. Carson has been prosecuting disability access cases for over five years in both state and federal court. She has conducted discovery, drafted and opposed Motions for Summary Judgment, and prepared for trial in hundreds of cases brought under both Title II and Title III of the ADA. Ms. Carson graduated cum laude in the top 10% of her class from California Western School of Law in 2011. While in law school Ms. Carson served as a writer and editor for California Western's two law reviews. Her article, "*Lords of the Manor: Fighting California Slumlords with Private Multi-Plaintiff Implied Warranty of Habitability Litigation,*" was accepted for publication by The Scholar, St. Mary's Law Review on Minority Issues.

10. Attorney Elliott Montgomery is qualified to bill at $450 per hour. Mr. Montgomery graduated from California Western School of Law in 2011. In law school, Mr. Montgomery received awards for academic excellence in both Constitutional Law and Trial Skills. He earned the title of "Distinguished Advocate" as a competitor on California Western's mock

trial team, and was awarded Best Advocate at an American Association for Justice Moot Court competition. Mr. Montgomery has worked for the Department of Justice as a Special Assistant United States Attorney in the Eastern District of California, and as a Professional Fiduciary for Central Valley Fiduciary Services. He has drafted complaints, conducted site inspections, litigated cases from the discovery stage, including related motion practice and mediations, to case resolution.

11. Attorney Sara Gunderson is qualified to bill at $400 per hour. Ms. Gunderson graduated from California Western School of Law in 2013, after leaving a lucrative career in computational linguistics. At California Western, she was a Trustee's Scholar; was an executive to the Moot Court Honors Board; and acted as a teaching assistant in the international comparative law program, where she taught two weekly sections to foreign born, comparative law students. Ms. Gunderson co-founded the Alternative Dispute Resolution club at CWSL, where she served on the executive committee as the fundraising chair. For the last two years, she has worked exclusively in championing disability civil rights. She has drafted complaints, conducted site inspections, litigated cases from the discovery stage, including related motion practice and mediations, to case resolution.

12. Our disability rights work has helped to shape ADA law with numerous, precedent setting opinions including, but not limited to the following cases: *Fortyune v. City of Lomita* (9th Cir. 2014), 766 F.3d. 1098, 2014 WL 4377467; *Munson v. Del Taco, Inc.* (2009) 46 Cal.4th 66; *Nicholls v. Holiday Panay Marina, L.P.*, (2009) 93 Cal.Rptr.3d 309; *Miller v. California Speedway Corp.* (9th Cir. 2008) 536 F.3d 1010; *Munson v. Del Taco, Inc.* (9th Cir. 2008) 522 F.3d 997; *Fortyune v. American Multi-*

*Cinema, Inc.*, (9th Cir. 2004) 364 F.3d 1075; *Pickern v. Holiday Quality Foods, Inc.*, (9th Cir. 2002) 293 F.3d 1133; and *Botosan v. Paul McNally Realty*, (9th Cir. 2000) 216 F.3d 827.

13. Because the nature of my practice is wholly dependent on billing at a market rate, I have extensive experience with respect to what attorneys specializing in disability law and civil rights bill for civil litigation and what courts are routinely awarding and can attest that the rates billed by the Center for Disability Access for its attorneys are well within market rates.

I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and accurate.

Dated: June 24, 2019                         CENTER FOR DISABILITY ACCESS

                                             By:_____
                                             Mark Potter, Esq.
                                             Attorneys for Plaintiff