

# Center for Disability Access
## Billing Summary

| | |
|---|---|
| **Case:** | Love v. Cardenas |
| **Case No:** | 5:18-CV-00208-FMO-KK |
| **Venue** | Central |
| **Billing Range:** | 1/11/2018    *through*    EST |
| **Total Hours** | 51.6 |
| **Hourly Bill** | $24,962.50 |
| **Litigation Expenses** | $840.00 |

**Total Bill:**          $25,802.50

| Expense Detail | |
|---|---|
| Investigator | $200.00 |
| Filing Fees | $400.00 |
| Service Costs | $240.00 |
| | $840.00 |

# Center for Disability Access

## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 1/11/2018 | discussions with client; discussed his case; discussed his contacts with the geographical area for standing purposes and his likelihood of returning to maintain federal jurisdiction | M. Potter | 0.9 | 595 | $535.50 |
| 1/11/2018 | reviewed the site via Google Maps to conduct an assessment of the allegations; instructions to investigator about photos and measurements wanted. | M. Potter | 1.2 | 595 | $714.00 |
| 1/23/2018 | reviewed investigator Louis' reports and photos; phone conversation with him regarding the same; updated case notes | C. Carson | 0.8 | 450 | $360.00 |
| 1/23/2018 | conducted public records research to determine the identity of the responsible parties and to determine if there had been alterations or modifications that would have triggered stricter Title 24 obligations for this property: assessor parcel number: 0478-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 | C. Carson | 2.2 | 450 | $990.00 |
| 1/23/2018 | drafted the complaint | C. Carson | 0.7 | 450 | $315.00 |
| 1/23/2018 | reviewed and executed the front matter (civil case coversheet, summons, certificate of interested parties, etc.) | C. Carson | 0.2 | 450 | $90.00 |
| 1/30/2018 | Reviewed court-issued summons, Notice of assignment and Notice to parties re court directed ADR | C. Carson | 0.3 | 450 | $135.00 |
| 2/12/2018 | instructed assistant to send a copy of the complaint to the plaintiff | C. Carson | 0.2 | 450 | $90.00 |
| 2/20/2018 | reviewed email notes from assistant re phone call from defendant Arriaga re initial contact; teleconference with defendant Arriaga re settlement, remediation at subject property; notes to file | P. Grace | 0.4 | 550 | $220.00 |
| 2/22/2018 | teleconference with defendant Cardenas re settlement; notes to file | P. Grace | 0.4 | 550 | $220.00 |
| 2/23/2018 | instructed assistant to mail a reminder letter re filing an answer to defendant Manuel R. Cardenas along with default warning | C. Carson | 0.1 | 450 | $45.00 |
| 2/26/2018 | instructed assistant to email defendant Manuel R. Cardenas's daughter with template re stipulation for extension to file an answer | P. Grace | 0.1 | 550 | $55.00 |
| 2/26/2018 | conducted active duty search for defendant Manuel R. Cardenas | C. Carson | 0.5 | 450 | $225.00 |

Case Billing

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191

# Center for Disability Access

## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 2/27/2018 | reviewed email from defendant Manuel Rodriguez Cardenas's daughter along with photographs of filed stipulation for extension to file an Answer; reviewed and noted correction to the stipulation; instructed assistant to inform defendant Manuel Cardenas' daughter re issues in the stipulation filed and request defendant's daughter to send another draft with the correction noted | P. Grace | 0.4 | 550 | $220.00 |
| 2/27/2018 | reviewed and noted corrections to the draft stipulation to extend time to file Answer sent by defendant Manuel Rodriguez Cardenas's daughter; instructed assistant to inform defendant's daughter that there are multiple issues with the stipulation and request that the defendant should go to pro se clinic for further help | P. Grace | 0.3 | 550 | $165.00 |
| 3/1/2018 | reviewed email from defense counsel requesting extension to file Answer on behalf of Margarita Arriaga along with a copy of CASp report of the subject facility; instructed assistant to grant extension to defense counsel and send draft template stipulation for reference | P. Grace | 0.3 | 550 | $165.00 |
| 3/1/2018 | reviewed CASp report sent by defense counsel; notes to file | P. Grace | 0.5 | 550 | $275.00 |
| 3/1/2018 | reviewed Order setting scheduling conference | C. Carson | 0.2 | 450 | $90.00 |
| 3/5/2018 | instructed assistant to contact defendant pro per and defense counsel to schedule the Rule 26 conference meeting | P. Grace | 0.1 | 550 | $55.00 |
| 3/6/2018 | reviewed email from pro per defendant's daughter requesting latest available date for scheduling the rule 26 conference call; instructed assistant to provide available date; reviewed email from defense counsel confirming availability on the date proposed | P. Grace | 0.2 | 550 | $110.00 |
| 3/7/2018 | instructed assistant to follow up with pro per defendant's daughter re availability for scheduling rule 26 conference meeting; reviewed email exchange between parties re same | P. Grace | 0.2 | 550 | $110.00 |
| 3/8/2018 | instructed assistant to coordinate with pro per defendant and defense counsel to schedule and finalize the date for rule 26 meeting; reviewed email exchange between parties re same | P. Grace | 0.2 | 550 | $110.00 |
| 3/11/2018 | reviewed and analyzed Answer filed by defendant Cardenas; notes to file | C. Carson | 0.4 | 450 | $180.00 |

# Center for Disability Access

## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 3/14/2018 | reviewed stipulation to extend time to respond to Complaint sent by defense counsel; noted changes; instructed assistant to inform defense counsel re changes required to be done to the stipulation | P. Grace | 0.2 | 550 | $110.00 |
| 3/19/2018 | reviewed and analyzed Answer filed by defendant Arriaga; notes to file | C. Carson | 0.6 | 450 | $270.00 |
| 3/19/2018 | reviewed Notice to Filer of Deficiency in Electronically Filed Document (Answer) | C. Carson | 0.1 | 450 | $45.00 |
| 3/20/2018 | called and left voice message for defense counsel Chandler requesting call back to discuss case; notes to file | P. Grace | 0.1 | 550 | $55.00 |
| 3/21/2018 | reviewed Certification and Notice of Interested Entities filed by defendant Arriaga | C. Carson | 0.1 | 450 | $45.00 |
| 3/28/2018 | reviewed email note from assistant re phone call from defense counsel requesting call back to discuss case; teleconference with defense counsel re settlement; notes to file | P. Grace | 0.4 | 550 | $220.00 |
| 3/28/2018 | drafted Rule 26 Joint Report; instructed assistant to email to pro per defendant and defense counsel | D. Price | 1 | 450 | $450.00 |
| 3/29/2018 | instructed assistant to inform pro per defendant and defense counsel re slight delay in attending rule 26 conference due to court appearances | R. Ballister | 0.1 | 550 | $55.00 |
| 3/29/2018 | prepared for, travelled to and attended rule 26 conference meeting with defense counsel and pro per defendant Manuel Cardenas; notes to file | R. Ballister | 3 | 550 | $1,650.00 |
| 4/2/2018 | reviewed email from defense counsel along with inputs to rule 26 joint report | D. Price | 0.1 | 450 | $45.00 |
| 4/3/2018 | instructed assistant to follow up with pro per defendant re inputs to joint rule 26 report; reviewed response from pro per defendant's daughter along with revisions to the joint report | D. Price | 0.1 | 450 | $45.00 |
| 4/4/2018 | reviewed and approved additions sent by defense counsel and pro per defendant to the joint report; instructed assistant to send the final version of the report to defense counsel and pro per defendant for approval; reviewed approval from defense counsel | D. Price | 0.3 | 450 | $135.00 |
| 4/5/2018 | instructed assistant to follow up with pro per defendant re signature on the rule 26 joint report; reviewed response from pro per defendant's daughter along with pro per defendant's signature on the report; instructed assistant to file the report | D. Price | 0.2 | 450 | $90.00 |

# Center for Disability Access

## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 4/13/2018 | reviewed scheduling and case management order re bench trial | C. Carson | 0.2 | 450 | $90.00 |
| 4/16/2018 | instructed assistant to notify client re trial date | C. Carson | 0.1 | 450 | $45.00 |
| 4/16/2018 | evaluated case to see if a site inspection would be required, determined that it did and instructed staff to contact expert Janis Kent re her availability for site inspection | E. Montgomery | 0.4 | 450 | $180.00 |
| 4/17/2018 | reviewed email from investigator Kent re her availability for scheduling site inspection | E. Montgomery | 0.1 | 450 | $45.00 |
| 4/20/2018 | Drafted site inspection notice and instructed assistant to serve to defense counsel | E. Montgomery | 0.3 | 450 | $135.00 |
| 4/20/2018 | instructed assistant to send a copy of signed site inspection notice to investigator Kent for her records | E. Montgomery | 0.1 | 450 | $45.00 |
| 6/4/2018 | reviewed email from investigator Kent re query on proceeding with scheduled site inspection | E. Montgomery | 0.1 | 450 | $45.00 |
| 6/8/2018 | instructed assistant to notify defense counsel and expert investigator Kent re cancellation of scheduled site inspection | E. Montgomery | 0.1 | 450 | $45.00 |
| 6/13/2018 | reviewed Order to Show Cause Re: Attorney Admissions | C. Carson | 0.1 | 450 | $45.00 |
| 6/18/2018 | reviewed defense counsel Robert Chandler's declaration in response to court's order to show cause re: Attorney Admissions | C. Carson | 0.2 | 450 | $90.00 |
| 6/21/2018 | reviewed text notice discharging Order to Show Cause | C. Carson | 0.1 | 450 | $45.00 |
| 7/11/2018 | instructed assistant to contact investigator Bishop re availability for rescheduling site inspection; reviewed response from investigator Bishop providing availability for same | E. Montgomery | 0.2 | 450 | $90.00 |
| 7/12/2018 | instructed assistant to contact investigator Bishop to confirm the time for scheduling site inspection; reviewed response from investigator Bishop confirming the time for site inspection | E. Montgomery | 0.2 | 450 | $90.00 |
| 7/16/2018 | instructed assistant to contact and coordinate site inspection with defense counsel and pro per defendant | E. Montgomery | 0.1 | 450 | $45.00 |

Case Billing

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191

# Center for Disability Access

## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 7/19/2018 | instructed assistant to follow up re coordinating site inspection with defense counsel and pro per defendant and inquire whether the parties are willing to stipulate to continue expert disclosure deadlines; reviewed response from defense counsel confirming availability on the date proposed for site inspection and agreeing to continue expert disclosure deadlines | E. Montgomery | 0.2 | 450 | $90.00 |
| 7/23/2018 | reviewed email from pro per defendant's daughter confirming availability on the date proposed for site inspection | E. Montgomery | 0.1 | 450 | $45.00 |
| 7/23/2018 | reviewed and amended site inspection notice; instructed assistant to serve to defense counsel and pro per defendant | E. Montgomery | 0.2 | 450 | $90.00 |
| 7/23/2018 | instructed assistant to send a copy of amended signed site inspection notice to investigator Bishop for his records | E. Montgomery | 0.1 | 450 | $45.00 |
| 8/6/2018 | reviewed email from pro per defendant's daughter re rescheduling site inspection | E. Montgomery | 0.1 | 450 | $45.00 |
| 8/7/2018 | emailed pro per defendant's daughter re request to meet and confer on the date of the site inspection and on a potential motion to compel the site inspection; reviewed email note from pro per defendant's daughter informing re leaving voice message and request re call back | E. Montgomery | 0.2 | 450 | $90.00 |
| 8/8/2018 | spoke with pro per defendant Cardenas and sent follow up email summarizing call discussion | E. Montgomery | 0.3 | 450 | $135.00 |
| 8/8/2018 | spoke with pro per defendant's daughter re scheduling meet and confer call; sent follow up email summarizing the same | E. Montgomery | 0.2 | 450 | $90.00 |
| 8/9/2018 | prepared for and conducted meet and confer call re scheduling site inspection with pro per defendant's daughter; sent email memorializing discussion on call | E. Montgomery | 0.5 | 450 | $225.00 |
| 8/9/2018 | reviewed email note from assistant re phone call from pro per defendant's daughter requesting call back to discuss settlement; teleconference with pro per's daughter re settlement; notes to file | P. Grace | 0.4 | 550 | $220.00 |
| 8/12/2018 | reviewed email from pro per defendant's daughter seeking confirmation that site inspection will not proceed as scheduled | E. Montgomery | 0.1 | 450 | $45.00 |
| 8/13/2018 | emailed exchange with pro per defendant's daughter re rescheduling site inspection | E. Montgomery | 0.2 | 450 | $90.00 |

Case Billing

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191

# Center for Disability Access

## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 8/13/2018 | instructed assistant to inform investigator Bishop re rescheduling site inspection | E. Montgomery | 0.1 | 450 | $45.00 |
| 8/13/2019 | drafted joint motion to modify scheduling order; emailed to pro per defendant's daughter and defense counsel for review and approval along with agreeing to extend date for site inspection; reviewed permission from defense counsel and pro per defendant's daughter on behalf of pro per defendant to file the joint motion | E. Montgomery | 0.5 | 450 | $225.00 |
| 8/14/2018 | instructed assistant to follow up with investigator Bishop re availability for further rescheduling site inspection; reviewed response from investigator Bishop providing his availability for same | E. Montgomery | 0.1 | 450 | $45.00 |
| 8/15/2018 | instructed assistant to coordinate to re-schedule the continued site inspection with defense counsel and pro per defendant; reviewed response from defense counsel confirming his availability on the date proposed for site inspection; reviewed email from pro per defendant's daughter informing that she will shortly confirm the date | E. Montgomery | 0.2 | 450 | $90.00 |
| 8/20/2018 | instructed assistant to follow up with pro per defendant's daughter seeking confirmation on the date proposed for site inspection; reviewed response from pro per defendant's daughter requesting more time to confirm the date | E. Montgomery | 0.2 | 450 | $90.00 |
| 8/20/2018 | emailed defense counsel and pro per defendant's daughter inquiring whether they agree to continue the dates in the stipulation for an additional two weeks | E. Montgomery | 0.1 | 450 | $45.00 |
| 8/22/2018 | reviewed and responded to email from pro per daughter's re setting site inspection, stipulating to continue the expert disclosure deadlines etc. | E. Montgomery | 0.2 | 450 | $90.00 |
| 8/23/2018 | instructed assistant to notify investigator Bishop to take tentative site inspection of calendar due to potential delay in scheduling the same; reviewed out of office reply from investigator | E. Montgomery | 0.1 | 450 | $45.00 |
| 8/31/2018 | reviewed email from investigator Bishop seeking confirmation re tentative date for site inspection; instructed assistant to inform that the site inspection is getting delayed and to take the date off calendar | E. Montgomery | 0.2 | 450 | $90.00 |

Case Billing

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191

# Center for Disability Access

## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 8/31/2018 | emailed defense counsel inquiring re availability to schedule in person meet and confer re Motion for Summary Judgement | S. Gunderson | 0.1 | 400 | $40.00 |
| 8/31/2018 | called and spoke with pro per defendant Cardenas re scheduling in person meet and confer re Motion for Summary Judgment; notes to file | S. Gunderson | 0.3 | 400 | $120.00 |
| 9/17/2018 | reviewed email from pro per defendant's daughter re brief update on the plans for repairs at the property | E. Montgomery | 0.2 | 450 | $90.00 |
| 10/2/2018 | called and left voice message for defense counsel Chandler scheduling meet and confer re Motion for Summary Judgment; notes to file | S. Gunderson | 0.1 | 400 | $40.00 |
| 10/2/2018 | called and spoke with pro per defendant Cardenas re scheduling in person meet and confer re Motion for Summary Judgment and called and left voice message for pro per defendant's daughter re same; notes to file | S. Gunderson | 0.4 | 400 | $160.00 |
| 10/2/2018 | reviewed email note from assistant re phone call from defense counsel re scheduling meet and confer; forwarded to colleague | M. Valenti | 0.1 | 400 | $40.00 |
| 10/3/2018 | reviewed email note from colleague re phone call from defense counsel re scheduling meet and confer | S. Gunderson | 0.1 | 400 | $40.00 |
| 10/3/2018 | email exchanges with defense counsel re scheduling the meet and confer | S. Gunderson | 0.2 | 400 | $80.00 |
| 10/3/2018 | Spoke with pro per defendant's daughter re scheduling meet and confer meeting; notes to file | S. Gunderson | 0.4 | 400 | $160.00 |
| 10/4/2018 | instructed assistant to contact Veritext re location to conduct the meet and confer; reviewed emails re the same | S. Gunderson | 0.1 | 400 | $40.00 |
| 10/8/2018 | prepared for, travelled to and conducted the meet and confer with defense counsel, pro per defendant and his daughter; notes to file | S. Gunderson | 3 | 400 | $1,200.00 |
| 10/8/2018 | emailed defense counsel re settlement | S. Gunderson | 0.1 | 400 | $40.00 |
| 10/10/2018 | drafted the settlement agreement and emailed it to defense counsel and pro per defendants daughter along with template re stipulation for judgement for review and input | S. Gunderson | 0.5 | 400 | $200.00 |
| 10/10/2018 | reviewed email response from pro per defendants daughter re settlement agreement | S. Gunderson | 0.1 | 400 | $40.00 |
| 10/11/2018 | email exchanges with defense counsel and pro per defendants daughter re settlement agreement; updated the settlement agreement and circulated the same | S. Gunderson | 0.3 | 400 | $120.00 |

# Center for Disability Access

## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2018 | drafted Notice and Motion, PNA, SUF, and other documents in support of Plaintiff's Motion for Summary Judgement | S. Gunderson | 6 | 400 | $2,400.00 |
| 10/15/2018 | evaluated case and photos taken by investigator to determine if the case was ready for a Motion For Summary Judgment (MSJ) | S. Gunderson | 0.5 | 400 | $200.00 |
| 10/15/2018 | emailed defense counsel and pro per defendant' daughter re plaintiff's intention to file MSJ | S. Gunderson | 0.1 | 400 | $40.00 |
| 10/15/2018 | reviewed signed settlement documents from pro per defendant sent by his daughter | S. Gunderson | 0.2 | 400 | $80.00 |
| 10/15/2018 | drafted declaration on behalf of investigator in support of Pl.'s MSJ, instructed assistant to email declaration to him for review and signature | S. Gunderson | 0.5 | 400 | $200.00 |
| 10/15/2018 | drafted declaration on behalf of plaintiff in support of Pl.'s MSJ, instructed assistant to have the declaration reviewed and signed by the client | S. Gunderson | 0.4 | 400 | $160.00 |
| 10/16/2018 | emailed pro per defendants daughter re terms of the settlement agreement | S. Gunderson | 0.1 | 400 | $40.00 |
| 10/16/2018 | emailed defense counsel re getting his client to sign the settlement agreement | S. Gunderson | 0.1 | 400 | $40.00 |
| 10/16/2018 | Phone conference with pro per defendants daughter re terms of the settlement agreement; notes to file | S. Gunderson | 0.3 | 400 | $120.00 |
| 10/18/2018 | compiled exhibits e MSJ and instructed staff to file | S. Gunderson | 0.5 | 400 | $200.00 |
| 10/23/2018 | reviewed notice to filer of deficiencies in electronically filed documents | C. Carson | 0.1 | 450 | $45.00 |
| 10/23/2018 | reviewed and executed notice of appearance; instructed assistant to file | S. Gunderson | 0.2 | 400 | $80.00 |
| 10/25/2018 | reviewed notice re MSJ filing | C. Carson | 0.1 | 450 | $45.00 |
| 10/31/2018 | reviewed email from pro per defendants daughter re payment | S. Gunderson | 0.1 | 400 | $40.00 |
| 11/1/2018 | email exchanges with pro per defendants daughter re settlement | S. Gunderson | 0.3 | 400 | $120.00 |
| 11/14/2018 | reviewed notice taking the MSJ hearing off calendar | C. Carson | 0.1 | 450 | $45.00 |
| 11/29/2018 | instructed assistant to email investigator Louis and confirm his attendance for the trial hearing | C. Carson | 0.1 | 450 | $45.00 |
| 12/7/2018 | email exchanges with defense counsel and pro per defendants daughter re trial and meet and confer re the same | C. Carson | 0.2 | 450 | $90.00 |

Case Billing

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191

# Center for Disability Access

## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 12/9/2018 | drafted joint stipulation to continue trial dates and proposed order re the same; emailed it to defense counsel and pro per defendants daughter for review | S. Gunderson | 0.3 | 400 | $120.00 |
| 12/10/2018 | email exchanges with pro per defendants daughter re filing the stipulation to continue trial dates; reviewed consent to file the same; executed the document and instructed assistant to file it along with proposed order | S. Gunderson | 0.2 | 400 | $80.00 |
| 12/17/2018 | instructed assistant to email investigator Louis and re the trial hearing date | C. Carson | 0.1 | 450 | $45.00 |
| 12/19/2018 | reviewed order vacating case deadlines as per case management order of April 10, 2018; instructed assistant to notify plaintiff and investigator Louis re removal of trial date from the calendar | C. Carson | 0.2 | 450 | $90.00 |
| 1/22/2019 | reviewed email from pro per defendants daughter re case status | S. Gunderson | 0.1 | 400 | $40.00 |
| 1/23/2019 | email exchange with pro per defendants daughter re case status and MSJ | S. Gunderson | 0.2 | 400 | $80.00 |
| 1/25/2019 | forwarded MSJ related documents that were filed to pro per defendants daughter | S. Gunderson | 0.1 | 400 | $40.00 |
| 6/17/2019 | Reviewed Order granting Plaintiff's motion for summary judgment | C. Carson | 0.2 | 450 | $90.00 |
| 6/20/2019 | email to defense counsel re meet and confer to discuss attorney fees; reviewed email responses from defense counsel | D. Price | 0.2 | 450 | $90.00 |
| EST | reviewed billing; removed items that could be taken as duplicative or unreasonable; redacted as appropriate | M. Potter | 0.4 | 595 | $238.00 |
| EST | drafting the plaintiff's fee motion with supporting paperwork | M. Potter | 2 | 595 | $1,190.00 |
| EST | time to review opposition brief, draft the reply brief, attend oral argument | M. Potter | 8 | 595 | $4,760.00 |
| **Totals** | | | **51.6** | | **$24,962.50** |