UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 11-7913 DSF (JCx) | Date | 2/27/13 |
|---|---|---|---|
| Title | Mike Lipschultz v. Good Knight Inn, Corp., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (In Chambers) Order GRANTING Motion for Attorney's Fees (Docket No. 71)

  Plaintiff's motion for attorney's fees was filed on February 6, 2013 with a hearing date of March 11. Opposition was due February 19. No opposition has yet been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 11 is removed from the Court's calendar.

  The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). In addition, the Court has reviewed Plaintiff's counsel's billing statements. The Court finds that the hourly rates are reasonable and within the range charged by attorneys in the area with similar levels of experience. The Court further finds that the amount of hours spent – only 85.5 total hours for all attorneys – is extremely reasonable, especially in light of the manner in which the case was defended.

  Therefore, the motion for attorney's fees is GRANTED. Defendants are ordered to pay fees in the amount of $34,190.00 to Plaintiff.

  IT IS SO ORDERED.