1

CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
Ray Ballister, Jr., Esq., SBN 111282

2

Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082

3

Mail: PO Box 262490
San Diego, CA 92196-2490

4

Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131

5

(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

6

7

Attorney for Plaintiff

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12

**Samuel Love**,

13

        Plaintiff,

14

    v.

15

**Manuel R. Cardenas**;
**Margarita Arriaga;**
and Does 1-10,

16

17

        Defendant.

**Case:** 5:18-CV-00208-FMO-KK

**Plaintiff's Notice of Non-Receipt of Opposition to Plaintiff's Notice of filing documentation in support of his request for fees and costs**

Date:       August 1, 2019
Time:      10:00 a.m.
Ctrm:      6D

Hon. Judge Fernando M Olguin

18

19

20

21

22

23

24

25

26

27

28

2

Please take notice that Defendant Manuel R. Cardenas and Margarita Arriaga have failed to oppose Plaintiff's Motion for Relief, set for hearing on August 1, 2019 in Courtroom 6D of the above-captioned Court. Defendant's opposition was required to be served on or before July 11, 2019. That deadline has passed with opposition filed or request for continuance. As of the filing of this notice, Plaintiff has not received Defendant's opposition.

Under Central District Local Rule 7-9, a party not opposing a motion should file a statement of non-opposition. Under Local rule 7-12, a failure to file a required document may be deemed consent to the grant of the motion. This motion was filed on the grounds that the plaintiff is the prevailing party, having obtained a Summary judgment on his claims and thus the failure to oppose should be considered a concession on the merits of the motion. In light of the absence of any filing, and given guidance in *Moreno v. City of Sacramento* (2000) 534 F.3d 1106, 1115 that courts should not do the work of the Defendant in opposing such motions, Plaintiff respectfully requests the court grant the motion in entirely.

Dated: July 12, 2019          CENTER FOR DISABILITY ACCESS

By: /s/ Dennis Price
    Dennis Price, Esq.
    Attorneys for Plaintiff

2