1 Manuel R Cardenas , IN PRO SE
2 15317 7th St
3 Victorville, CA 92395
   (760) 951-1106 | Email: Monyrod760@gmail.com
4



5          UNITED STATES DISTRICT COURT
6
7        CENTRAL DISTRICT OF CALIFORNIA

8  SAMUEL LOVE,                    | Case No.: 5:18-CV-00208-FMO-KK
9            Plaintiff,            |
10                                 |
   v.                              | DEFENDANT MANUEL
11                                 | CARDENAS' OPPOSITION TO
                                   | PLAINTIFF'S MOTION FOR RELIEF
12 MANUEL R. CARDENAS              |
13 MARGARITA ARRIAGA ,             | DATE: 8-1-19
                                   | TIME: 10:00 Am.
14           Defendants.           | CTRM: 6D (6TH FLOOR)
15

16         This opposition is in response to Plaintiff's Motion for Relief. This

17 opposition is from Defendant Manuel R Cardenas, only, in where he is respectfully

18 asking the Courts to consider several factors, indicating that Defendant Manuel R

19

20 Cardenas acted in good faith to remove barriers described in complaint from Mr.

21 Samuel Love filed on 01/29/2018. Mr. Cardenas had been pro-active about

22

23 inquiring about costs, contractors and all required steps to be compliant with all

24 ADA laws and regulations, immediately after being notified of complaint.

25 Defendant Mr. Cardenas has been cooperative with all parties involved, by

26

27 attending meetings, court dates, corresponding to calls and emails, including

28 DEFENDANT OPPOSITION IN PLAINTIFF'S MOTION FOR RELIEF

1

through his daughters email. Attached will be several supporting documents showing the work has been completed, and barriers are no longer present at the building owned by Mr. Cardenas, and noted on complaint as 15390 7th Street, Victorville, CA, located approximately 62 miles from the City of Beaumont, where Plaintiff Mr. Love claimed to reside, according to complaint.

Defendant Cardenas has paid over $12,000.00 in expenses for additions, repairs and construction for the building indicated on the complaint, and that does not include the loss of wages and financial hardship he endured as a result of taking time away from work to attend court dates, meetings, check contractors' work, attend City Hall regarding permits and inspections, and loss revenue from rent due from tenant of commercial property referenced on complaint, and in which tenant failed to pay as required on Lease, due to ongoing construction. A total of $6,352.00 was not paid during new tenants occupancy, and a breach in Lease Agreement resulting in a great decline of income for Defendant Cardenas, therefor causing a strain to the finances. The reason Mr. Cardenas has no professional legal defense is due to not having the finances to cover such an expense, along with making the necessary accessibility repairs to the building 15390 7th Street in Victorville. If the intention of the complaint is to gain accessibility and comply with the Americans Disability Acts regulations, Mr.

DEFENDANT OPPOSITION IN PLAINTIFF'S MOTION FOR RELIEF

2

Cardenas has been pro-active in doing so, and removed such barriers referenced in complaint.  Mr. Cardenas would like the Court and Honorable Judge Olguin to be advised that the building in the complaint was built in the late 50's according to building permits retrieved from City of Victorville records, and throughout the several transfers of ownership, there had never been an indication of a violation on the building or exterior of building that would pose a hazard or barrier to any disabled person/s.  Though Mr. Cardenas does acknowledge and understand now, having experienced this legal complaint against him (and his tenant at the time, Ms. Arriaga) that federal laws are set to protect Americans with disabilities, and Mr. Cardenas can empathize as he himself has lived with a limp and wears an orthopedic shoe on one foot, due to a childhood injury over 50 years ago, and is himself handicapped, though not registered as such.

It is because of this experience that Mr. Cardenas has spent a very high amount of money and a large portion of his time both within and outside of work hours in-person and through phone and email contact, to take time to have monitor repairs and meet inspectors, enforce deadlines and attempt everything in his power to get the building in compliance with all ADA regulations, (as well as his daughter Monica who had accompanied him in many of these encounters to assist in these encounters), and has gathered documentation of such expenses. Mr.

DEFENDAN'T OPPOSITION IN PLAINTIFF'S MOTION FOR RELIEF

Cardenas would respectfully ask for the Court to consider such costs, and has

provided documentation, as attached in Exhibit/s:

Exhibit 1, 2 and 3 demonstrates the additions and repairs completed at the building

at 15390 7th Street in Victorville, CA, removing the barriers claimed to be

encountered by Plaintiff Love in complaint. Exhibit 4 demonstrates receipts

of payments and costs for the contractor's fees. Exhibit 5 demonstrates the

costs of materials. Exhibit 6 demonstrates the costs of City permit.

Exhibit 7 (a)+(b) demonstrates the cost of inspection from Building Principles, LLC

that was paid out of pocket, to recommend changes needed to become ADA

compliant.

Exhibit 8 demonstrates the plot plan approved by

City of Victorville . There have been multiple smaller purchases also

such as new paint, new signage, etc. as well.

In addition to reconstructing the parking lot and building an ADA-

complaint handicap ramp, among other upgrades and repairs to the building Mr.

Cardenas also agreed to settle this complaint for a sum of $6,500.00, to be paid by

him, as his portion of the total $9,000.00 requested, on the date October 08, 2018

agreed upon at a meeting with one of the Plaintiff's attorneys on this case, Ms.

Sara Gunderson. In attendance during this meeting was Ms. Gunderson, Mr.

DEFENDANT OPPOSITION IN PLAINTIFF'S MOTION FOR RELIEF

4

Cardenas and his daughter Monica, to assist with translating, at location called Personal Court Reporters: A Veritext Company in Ontario, CA, located approximately 1 hour away from where Mr. Cardenas works and resides. During this meeting after discussing matters in the case Sara Gunderson offered to settle for the amount of $9,000.00 divided between both defendants; Manuel R. Cardenas and Margarita Arriaga. Mr. Cardenas was set to pay $6,500.00, and the remainder $2,500.00 was to be paid by other defendant, Ms. Arriaga as noted on Global Settlement Term Sheet, drafted by Attorney Gunderson, and signed by Mr. Cardenas. Although the cost of such settlement was still making a impact on Mr. Cardenas' finances as a small business owner, and at the time without new tenant paying rent at building mentioned on the complaint; Mr. Cardenas agreed to pay, and agreed to a payment plan, as seen on  Global Settlement Term Sheet attached as Exhibit ____9____. Mr. Cardenas intended to pay the part of the settlement due and believed this would be put behind him. Both Mr. Cardenas and Attorney Sara Gunderson signed the Global Settlement Term Sheet, Ms. Gunderson also mentioned she would prepare the formal document and send it via email to sign again, to include the area for other defendant Ms. Arriaga to sign as well. The formal document, is also available upon request ~~as shown on attached Exhibit____~~, was prepared and sent to Mr. Cardenas via email, signed and returned, anticipated to make first payment on

DEFENDAN'T OPPOSITION IN PLAINTIFF'S MOTION FOR RELIEF

5

November 7th, 2017. Daughter of Defendant Mr. Cardenas, named Monica had emailed Attorney Sara Gunderson on November 1st, 2018, to ask what to reference on check Memo line to ensure the payment is applied to the correct account and Ms. Gunderson replied no settlement has been met, as both parties were required to sign and other Defendant, Margarita Arriaga had not responded with a signature, and the Plaintiff withdrew the offer after Ms. Arriaga failed to join in the Global Settlement. Emails and texts of conversation have been copied and printed and available upon request.

Mr. Cardenas had fully intended on making the appropriate payments, for the amounts agreed, and by the date/s agreed, as documented, despite his financial hardships, but was unable to reach a settlement for reasons beyond his own control, despite being fully cooperative. Mr. Cardenas' daughter, Monica, also asked if there is a possibility to settle directly between Mr. Cardenas and Mr. Love, to put this case to rest and finally reach a reasonable conclusion, but there was no resolution for the amount of $6,500.00, that Mr. Cardenas was able to offer.

Mr. Cardenas would like to plead with, and respectfully ask the Court and Honorable Judge to deny the Plaintiff's Motion for Relief, and consider all the costs already accumulated and paid for by Defendant Cardenas, loss of income and revenue as a result of this complaint but full devotion to attending all required

DEFENDANT OPPOSITION IN PLAINTIFF'S MOTION FOR RELIEF

6

meeting and/or email or phone inquiries, his honest intent to settle the case at an

earlier date, and that he acted in good faith and with full cooperation throughout

the entire time this case was open, to make sure to follow the ADA laws and

regulations.

July 28ᵗʰ, 2019                              By: /s/ Manuel R Cardenas

                                            Manuel R Cardenas, in Pro Se

DEFENDANT OPPOSITION IN PLAINTIFF'S MOTION FOR RELIEF
7

EXHIBIT 1



⑧                              EXHIBIT 1



(d)

EXHIBIT 2



EXHIBIT 3

EXHIBIT 4 (A)

AKI TALASINGA
LIC#1023541

M: 760.508.9086
DARLENEOFA@GMAIL.COM

SPECIALIZING IN
FOUNDATIONS,STAMPING,
DRIVEWAYS,SIDEWALKS,
BLOCK WORK, PATIOS
CURB & GUTTER,
RESIDENTIAL, COMMERCIAL
WE DO IT ALL.

FREE ESTIMATES

Aki Talasinga
Contractor
$9,230.00

⑪    Exhibit 4 (a)

EXHIBIT 4 (B)

**RECEIPT** DATE 03-12-19 No. 573684

AKi TALASINGA LIC# 1023541

RECEIVED FROM Manuel Rodriguez       $ 80

eighty _____ DOLLARS

○ FOR RENT
⦿ FOR        labor.

| ACCOUNT | | ⦿ CASH |
| PAYMENT | | ○ CHECK |
| | | ○ MONEY ORDER |
| BAL. DUE | 66 | ○ CREDIT CARD |

FROM _____ TO _____

BY _____                3-11

---

**RECEIPT** DATE 03-07-19 No. 573683

AKi TALASINGA LIC# 1023541

RECEIVED FROM MANUEL RODRIGUEZ       $ 180

One hundred eighty _____ DOLLARS

○ FOR RENT
⦿ FOR        laba

| ACCOUNT | | ⦿ CASH |
| PAYMENT | | ○ CHECK |
| | | ○ MONEY ORDER |
| BAL. DUE | | ○ CREDIT CARD |

FROM _____ TO _____

BY _____                3-11

---

**RECEIPT** DATE 03-05-19 No. 573682

AKi TALASINGA LIC# 1023541

RECEIVED FROM MANUEL RODRIGUEZ       $ 500

Five HUNDRED _____ DOLLARS

○ FOR RENT
⦿ FOR        labor.

| ACCOUNT | | ⦿ CASH |
| PAYMENT | | ○ CHECK |
| | | ○ MONEY ORDER |
| BAL. DUE | 326 | ○ CREDIT CARD |

FROM _____ TO _____

BY _____                3-11

---

**RECEIPT** DATE 03-04-19 No. 573681

AKi TALASINGA LIC# 1023541

RECEIVED FROM MANUEL RODRIGUEZ       $ 570

Five hundred & seventy _____ DOLLARS

○ FOR RENT
⦿ FOR        labor

| ACCOUNT | | ⦿ CASH |
| PAYMENT | | ○ CHECK |
| | | ○ MONEY ORDER |
| BAL. DUE | | ○ CREDIT CARD |

FROM _____ TO _____

BY _____                3-11

PAM TALANISOA
LIC# 1023SM1

**RECEIPT** DATE 02-20-19   No. 573678

RECEIVED FROM MANUEL RODRIGUES   $ 250

two hundred & fifty _____ DOLLARS

○ FOR RENT _____
⊙ FOR Material & fuel

| ACCOUNT | | | ⊙ CASH | |
|---|---|---|---|---|
| PAYMENT | | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | | ○ MONEY ORDER ○ CREDIT CARD | BY _____ |

3-11

---

Aki Talasinoa
UC# 1023M1

**RECEIPT** DATE 02-13-19   No. 573676

RECEIVED FROM MANUEL RODRIGUEZ   $ 500

FIVE HUNDRED _____ DOLLARS

○ FOR RENT Ramp HANDICAP
⊙ FOR

| ACCOUNT | | | ⊙ CASH | |
|---|---|---|---|---|
| PAYMENT | | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | | ○ MONEY ORDER ○ CREDIT CARD | BY _____ |

3-11

---

Aki Talanisoa
Lic # 1023M1

**RECEIPT** DATE 01-24-19   No. 573675

RECEIVED FROM MANUEL RODRIGUEZ   $ 500

FIVE HUNDRED _____ DOLLARS

○ FOR RENT Ramp HANDICAP.
⊙ FOR

| ACCOUNT | | | ⊙ CASH | |
|---|---|---|---|---|
| PAYMENT | | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | | ○ MONEY ORDER ○ CREDIT CARD | BY _____ |

3-11

---

Aki Talanisoa
Lic # 1023M1

**RECEIPT** DATE 07-23-18   No. 573649

RECEIVED FROM MANUEL Rodriguez   $ 1000

One thousand _____ DOLLARS

○ FOR RENT Material roofing
⊙ FOR

| ACCOUNT | | | ⊙ CASH | |
|---|---|---|---|---|
| PAYMENT | | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | | ○ MONEY ORDER ○ CREDIT CARD | BY _____ |

3-11

**RECEIPT** DATE 12-31-18   No. 573674

RECEIVED FROM MANUEL RODRIGUEZ   $500 00

FIVE HUNDRED   DOLLARS

☐ FOR RENT
☑ FOR   RAMP HANDICAP

| ACCOUNT | | ☑ CASH | |
| PAYMENT | | ☐ CHECK | FROM ___ TO ___ |
| BAL. DUE | | ☐ MONEY ORDER / ☐ CREDIT CARD | BY _____ |

3-11

Aki Talanisoa lic# 1023541

---

**RECEIPT** DATE 02-22-19   No. 573679

RECEIVED FROM MANUEL RODRIGUES   $100

One hundred   DOLLARS

☐ FOR RENT
☑ FOR   labor

| ACCOUNT | | ☑ CASH | |
| PAYMENT | | ☐ CHECK | FROM ___ TO ___ |
| BAL. DUE | | ☐ MONEY ORDER / ☐ CREDIT CARD | BY _____ |

3-11

Lic # 1023541  Aki Talanisoa

---

**RECEIPT** DATE 02-23-19   No. 573680

RECEIVED FROM MANUEL RODRIGUES   $50

fifty   DOLLARS

☐ FOR RENT
☑ FOR   labor

| ACCOUNT | | ☑ CASH | |
| PAYMENT | | ☐ CHECK | FROM ___ TO ___ |
| BAL. DUE | | ☐ MONEY ORDER / ☐ CREDIT CARD | BY _____ |

3-11

Aki Talanisoa lic# 1023541

---

**RECEIPT** DATE 07-02-18   No. 573642

RECEIVED FROM MANUEL RODRIGUEZ   $1000

ONE THOUSAND   DOLLARS

☐ FOR RENT
☑ FOR   labor

| ACCOUNT | | ☑ CASH | |
| PAYMENT | | ☐ CHECK | FROM ___ TO ___ |
| BAL. DUE | | ☐ MONEY ORDER / ☐ CREDIT | BY _____ |

3-11

Aki Talanisoa Lic# 1023541

EXHIBIT 4(D)

**RECEIPT** DATE 06-21-18   No. 573641

RECEIVED FROM MANUEL RODRIQUEZ   $ 1000

Dumping and rental equipment   DOLLARS

○ FOR RENT
○ FOR   One thousand

| ACCOUNT | | | ☑ CASH | FROM | TO |
| PAYMENT | | | ○ CHECK | | |
| | | | ○ MONEY ORDER | | |
| BAL. DUE | | | ○ CREDIT CARD | BY | 3-11 |

---

**RECEIPT** DATE 06-16-18   No. 573636

RECEIVED FROM MANUEL RODRIGUEZ   $ 1000

One thousand   DOLLARS

○ FOR RENT
○ FOR   HAULING THE BROKEN BLACK TOP.

| ACCOUNT | | | ☑ CASH | FROM | TO |
| PAYMENT | | | ○ CHECK | | |
| | | | ○ MONEY ORDER | | |
| BAL. DUE | | | ○ CREDIT CARD | BY | 3-11 |

---

**RECEIPT** DATE 06-11-18   No. 573635

RECEIVED FROM MANUEL Rodriguez   $ 1000

One Thousand 00/100   DOLLARS

○ FOR RENT
○ FOR   Equipment rental & license

| ACCOUNT | | | ☑ CASH | FROM | TO |
| PAYMENT | | | ○ CHECK | | |
| | | | ○ MONEY ORDER | | |
| BAL. DUE | | | ○ CREDIT CARD | BY | 3-11 |

---

**RECEIPT** DATE 06-08-18   No. 573634

RECEIVED FROM MANUEL Rodriguez   $ 1000

One thousand 00/100   DOLLARS

○ FOR RENT
○ FOR   Deposit

| ACCOUNT | | | ☑ CASH | FROM | TO |
| PAYMENT | 1000 | 00 | ○ CHECK | | |
| | | | ○ MONEY ORDER | | |
| BAL. DUE | 7000 | 00 | ○ CREDIT CARD | BY | 3-11 |

EXHIBIT 4 (E)

EXHIBIT 5 (a)

Equipment & Materials:

$2,966.63

Exhibit 5(a)

(16)

THIS IS NOT A TICKET NO.

# ROBERTSON'S

CONTROL NUMBER 3683480

Phone 800/834-7557  San Diego 800/870-1220
www.rrmca.com
OPEN 7 DAYS

EXPLORE

#1 RIVERSIDE - 6120 20th ST.
#2 MORENO VALLEY - 14250 Old 215 Frontage Road
#3 REDLANDS - 8353 ALABAMA ST.
#4 FONTANA - 13792 SLOVER AVE.
#5 POMONA - 2470 POMONA BLVD.
#6 HEMET/SAN JACINTO - 1675 STATE ST.
#7 BEAUMONT - 452 W. LAS ESTRADA RD.
#8 SUN CITY - 27050 WATSON RD.
#9 ARROWHEAD - 29750 HWY 18
#10 SANTA FE SPRINGS - 12311 GREENSTONE AVE.
#11 CABAZON - 13900 APACHE TRAIL
#12 SAN BERNARDINO - 1955 W. 9TH ST.

#13 IRWINDALE - 13631 LIVE OAK LANE
#14 PASADENA - 1420 N. LINCOLN AVE.
#15 VERNON-LOS ANGELES - 3355 E. 26TH ST.
#16 ANAHEIM - 201 E. COMMERCIAL ST.
#17 SANTA ANA - 310 N. TOWNSEND ST.
#18 LAKE FOREST - 25931 TOWN CENTRE DR.
#19 ADELANTO - 12203 VIOLET RD.
#20 SAN CLEMENTE - 116 RINCON CT.
#21 IRVINE - 16081 CONSTRUCTION CIR. WEST
#22 NO. HOLLYWOOD - 13132 RAYMER ST.
#23 PARAMOUNT - 7077 E. ROSECRANS AVE.
#24 RIALTO - 2601 N. ALDER AVE.

#25 GARDENA - 804 W. ROSECRANS AVE.
#26 THOUSAND PALMS - 72460 VARNER RD.
#27 MURRIETA - 26190 ADAMS AVE.
#28 ORY MESA - 7561 AIRWAY RD.
#29 EL CAJON - 215 CYPRESS LN.
#30 CORONA - 1540 SHERBORN ST.
#31 HESPERIA - 9661 C AVE.
#32 UPLAND - 1975 N. BENSON
#33 MIRAMAR - 5692 EASTGATE DR.

#34 LUCERNE - 35555 HWY 18
#35 BIG BEAR LAKE - 42025 GARSTIN DR.
#36 ESCONDIDO - 1310 SIMPSON WAY
#37 INDIO - 89110 FARGO CANYON RD.
#38 RIDGECREST - 2157 INYOKERN RD.
#39 PALMDALE - 37790 75TH ST. EAST
#40 ARTESIA - 13949 E. STAGE ROAD
#41 MOJAVE - 140 E. HWY 58
#42 VICTORVILLE - 16952 N. D ST.

#43 BAKER - 56500 BAKER BLVD.
#44 FT. IRWIN - 58825 FORT IRWIN RD.
#45 BARSTOW - 2700 E. MAIN ST.
#46 CAL-CITY - 7900 MOSS AVE.
#47 PORT OF LONG BEACH - 1632 W. PIER D ST.
#51 SIMI VALLEY - 400 W. LOS ANGELES AVE.
#52 NATIONAL CITY - COMING SOON
#53 SAN JUAN CAPISTRANO - COMING SOON
#54 OXNARD - COMING SOON

| PLANT | DATE | CUSTOMER NO. | SOLD TO: | MAP PAGE | TICKET NO. |
|---|---|---|---|---|---|
| 31 | 03/04/19 | 39531 | MANUEL RODRIGUEZ | 428625 | 3683480 |

TX CD    DELIVERY ADDRESS & INSTRUCTIONS
15352 WESTSIDE LR   CONF IT
7TH ST   VICTORVILLE   LAST TKS  1962
Job Phone : (760) 204-8743
INTO PLANT #31

CUSTOMER P.O. / JOB OR LOT #

| ORDER NO. | METER READING | TIME TYPED | TRUCK LIC NO. | |
|---|---|---|---|---|
| 188 | 1309.00 | 9:59 | 8729362 | INTO PLANT |

| LOAD NO. | SLUMP | TRUCK | DRIVER | |
|---|---|---|---|---|
| 2 | 5.00 | 1964 | 1804 BOOCH, JAMES | MISC. PLANT WORK 462 |

1010
TO JOB

1035
ON JOB

110K
START POUR

FINISH POUR

LEAVE JOB

ARRIVE PLANT

DRUM REVS:

Job-site Cylinder Test: ☐ Yes

Water added on job at Customer's request:
_____ gals to Full Ld.
_____ gals to 2/3 Ld.
_____ gals to 1/3 Ld.
ADJ. Meter

$_____ OVERTIME CHARGE

TIME ON JOB _____ MIN.
STAND BY _____ MIN.
RATE OF X $ _____ PER MIN.

4 min. per yd. unloading time allowed.
Additional unloading time charged at current hourly truck rate.

CHECK #_____
CHECK ☐   AMOUNT ____ BY ____
CASH ☐   AMOUNT ____ BY ____
PLANT MGR SIG ____

Additional water added to this concrete will reduce its strength. Any water added exceeding the design water is at customer's own risk.

Signature certifying under penalty of perjury that the information contained in this written time record is true and correct.

EMP#_____   SIGNATURE_____

TERMS AND CONDITIONS OF SALE
Customer agrees that the described material has been chosen solely by Customer without Robertson's direction, or review of any plans or specifications relating to the project(s) where the material is to be used. Customer further agrees that it shall be solely responsible for the delivery location, and discharge/placement of material on the job site, including the on-site direction of Robertson's vehicles to the designated location. Customer's review and approval of the described material shall be evidenced by Customer's signature and/or placement of the described material on the job site. In consideration of the above, Customer releases and agrees to defend, indemnify and hold Robertson's and its employees and agents harmless from any and all losses, damages, liabilities, costs and claims asserted by Customer or any third party, arising from (i) material being inappropriate, incompatible, improper or inconsistent with plans and specifications, or with the ground soils or conditions on the land where the material is utilized, and (ii) the movement of Robertson's vehicles upon or about the delivery location. Solely to the extent Customer fails to timely pay for the described materials, in the event Robertson's retains the services of an attorney, Customer agrees to pay such reasonable attorney's fees incurred by Robertson's in furtherance of such collection efforts. Robertson's and Customer disclaim attorney's fees arising from any other context. Customer agrees to pay a time price differential of 1 ½ % per month on any amounts owed to Robertson's for more than thirty (30) days. Color Disclaimer Due to irregularities and/or inconsistency of materials Robertson's is not responsible for the results of any concrete where the coloring agent has been added at the request of the customer, either at our plant or on the job site.

| LD QTY | CUM QTY | ORD QTY | PROD CODE | MIX AND COMMODITY | UOM | UNIT PR | AMT |
|---|---|---|---|---|---|---|---|
| 10.00 | 20.00 | 20.00 | 2C5S4P41 | 560825000P | YD3 | 80.00 | 800.00 |
| 1.00 | 2.00 | 2.00 | 1171 | ENVIRONMENTAL FEE | PL | 25.00 | 25.00 |
| 1.00 | 2.00 | 2.00 | 2115 | ENERGY SURCHARGE | PL | 25.00 | 25.00 |

H2O ALLOWED      460.000L
H2O BATCHED      700.000L
MOISTURE H2O     129.004L
MAX ADD H2O      24.000L
CEMENT           5500.0LB
3/8 AGG          2820.0LB
4 SAND           20768.0LB

WEIGHMASTER CERTIFICATE
THIS IS TO CERTIFY that the following described commodity was weighed, measured, or counted by a weighmaster, whose signature is on this certificate, who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

ROBERTSON'S
WEIGHMASTER

BY DEPUTY

| TAX | |
|---|---|
| PREVIOUS BALANCE | 977.42 |
| SUB TOTAL | 1074.85 |
| STAND BY CHARGE | |
| TOTAL | |

UOM CONVERSION  CY=YARDS3  #=POUNDS  GL=GALLONS  FO=OUNCES  CU=METERS3  KG=KILOGRAM  L=LITERS  ML=MILLILITERS

# CONCRETE DELIVERY TICKET
PO BOX 3600 CORONA, CA 92878-3600

AGREED TO AND RECEIVED BY CUSTOMER


(17)

EXHIBIT 5(b)

Exhibit 5 (c)

# Edward Rosales Concrete Pumping



## INVOICE

No _____

*Commercial and Residential*
15543 Calgo Ln., Victorville, CA 92394
Phone: (760) 994-9743  (562) 455-5423

| HOME OWNER | CONTRACTOR | TERMS | | DATE |
|---|---|---|---|---|
| BILL TO | | | | OPERATOR |
| ADDRESS | | | | |

| CITY | | ZIP | PHONE ( ) |
|---|---|---|---|
| JOB ADDRESS | | | |

| PLANT DEL | MIX DESIGN | HOSE REQUIRED | TYPE OF JOB | YDS. ORDERED |
|---|---|---|---|---|
| DUE ON JOB | ARRIVE ON JOB | | LEFT JOB | JOB NOT READY |

| | | | |
|---|---|---|---|
| SETUP | | | $ |
| YARDAGE OR HOURLY | | -$ | $ |
| WORK TIME STANDBY TIME | | -$ | $ |
| FUEL SURCHARGE HOSE LENGTHS (over 200) | | -$ | $ |
| SUB TOTAL | | | $ |
| COLORED CONCRETE LESS EXCESS STANDING TIME | | -$ | $ |
| | | TOTAL | |

NOTICE - Under the Mechanics Lien Law (California Code of Civil Procedure secretary. 1181 et seq) any contractor, subcontractor, laborer, supplier or any other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that after a Court hearing your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full if the subcontractor, laborer or supplier remains unpaid.

ALL CHARGES ARE DUE 30 DAYS AFTER DELIVERY. PAST DUE ACCOUNTS ARE SUBJECT TO INTEREST AT THE MAXIMUM LEGAL RATE AND LEGAL FEES IF UNPAID.

NOTICE: Company assumes no responsibility for damage inside curb or property line, we are not responsible for delays caused by improper scheduling of trucks, changes in gradation or aggregate or incorrect batching of concrete. Exceptions and claims shall be deemed waived unless made to us in writing within one (1) business day after receipt of services.

I hereby acknowledge satisfactory completion of the above described work.

SIGNATURE _____  DATE _____

Exhibit 5 (c)



Exhibit 5(d)

# Hub Construction Specialties Inc.

PO Box 921
San Bernardino  CA 92402
United States
909  9-2100
Customerservice@hubhasit.com
www.hubhasit.com




## Packing Slip# 145750

Shipment #313700
Created By bobby
2019-03-04 07:05:45

**Order Date: 2019-03-04  PO: 10326  Job Code: 10326**

| Sold To | Job |
|---|---|
| 100010<br>Cash Sale - San Bernardino<br>379 S. I Street<br>San Bernardino, CA 92410 | Customer Will Pick Up<br>10326<br>cash |

| Customer Code: 100010 | Ship Date: 2019-03-04 (Will Call) | | | | |
|---|---|---|---|---|---|
| Inventory Location: 10 - Hub San Bernardino | | | | Branch: 010 - San Bernardino | |
| Ln # | Order Qty | Description | Ship Qty | B.O. Qty | Price | Total |
| 1 | 1 Each | 611178 - Ada 3X4 Blue Paver 2.35 Spacing | 1 Each | | $172.50 Each | $172.50 |

Deposit: $186.30 (2019-03-04) - by: Cash

| | |
|---|---|
| Sub-Total: | $172.50 |
| Tax: | $13.80 |
| Shipping: | $0.00 |
| **Total:** | **$186.30** |
| Paid: | $186.30 |
| **Balance:** | **$0.00** |

⚠ WARNING: California Prop 65 Cancer and Reproductive Harm!
http://www.hubhasit.com/prop65

An Employee Owned Company - You'll find us on the Internet at www.hubhasit.com
***Emergency Response / SDS Information - Call (800) 535-5053***
N    : Sale of Used Equipment or Material is made 'As Is'
S    l orders are non-refundable AND All special orders are final.
All cash sales are final.
Sale is subject to additional Terms and Conditions as stated at www.hubhasit.com

Received In Good Condition By:

Signed: _____

Print Name: _____

Date: _____

Time: _____

Exhibit 5(d)

(19)

EXHIBIT 5(e)



# More saving.
# More doing.

RUSSELL_HANCOCK@HOMEDEPOT.COM
15655 ROY ROGERS DR.VICTORVILLE,CA 92394

1844  00018  23186   01/28/19  12:26 PM
CASHIER PATRICIA

ORDER ID: H1844-80431
  RECALL AMOUNT              212.50

              SUBTOTAL        212.50
              SALES TAX        16.47
              TOTAL          $228.97
              CASH            250.00
              CHANGE DUE       21.03

         PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-1106 SUMMARY
THIS RECEIPT PO/JOB NAME: RAMP

PRO XTRA SPEND THIS VISIT:      $197.50

2019 PRO XTRA SPEND 01/27:        $0.00

As of 01/28/2019 your Paint Rewards
level is Member; Spend 2000.00 more in
qualifying paint purchases to earn
Bronze (10.0% off) on select paint
items.

This purchase qualifies for FUEL
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to
homedepot.com/financeoptions.



      1844 18 23186 01/28/2019 1001

***************************************
        DID WE NAIL IT?

Take a short survey for a chance TO WIN
  A $5,000 HOME DEPOT GIFT CARD

          Opine en español

        www.homedepot.com/survey

        User ID: BX6T 48505 46679
        PASSWORD: 19078 46661

Entries must be completed within 14 days
  of purchase. Entrants must be 18 or
  older to enter. See complete rules on
        website. No purchase necessary.

---



# More saving.
# More doing.

RUSSELL_HANCOCK@HOMEDEPOT.COM
15655 ROY ROGERS DR.VICTORVILLE,CA 92394

1844  00001  10650   01/04/19  01:56 PM
CASHIER SAADA

081099027833 4X8 ULTRALIT <A>
  1/2"X4'X8' USG ULTRALIGHT DRYWALL
  4@10.98                        43.92
049793092441 WALL PATCH <A>      3.14
  WALL PROTECT 5" WHITE
078477461679 WALLPLATE <A>
  1G LT ALMND DUPLEX OUTLET WALLPLT
  6@0.35                          2.10
078477461686 WALLPLATE <A>
  1G LT ALMOND BLANK WALLPLT
  2@0.67                          1.34
078477277355 WALLPLATE <A>       1.67
  2G LT ALMND MIDWY BLANK WALLPLT
092326181341 TP TOG MET <A>      1.97
  TRIPLE TOGGLE METAL - PAINTABLE
785991137903 4"SQBXCVFLBL <A>
  4" SQ BOX COVER FLAT BLANK
  2@0.68                          1.36
1001-218-034 DOOR <A>           48.98
  36"X80"1-3/8"HC FLSH PR HRDBD PB SLB
              SUBTOTAL          104.48
              SALES TAX          8.10
              TOTAL           $112.58
XXXXXXXXXXXXX9462 VISA
                        USD$ 112.58
AUTH CODE 514085/9011956          TA
AID A0000000031010        Visa Credit

P.O.#/JOB NAME: N



      1844 01 10650 01/04/2019 0429

      RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES ON
A      1    90        04/04/2019

***************************************
        DID WE NAIL IT?

Take a short survey for a chance TO WIN
  A $5,000 HOME DEPOT GIFT CARD

          Opine en español

        www.homedepot.com/survey

        User ID: H89 23433 21590
        PASSWORD: 19054 21589

Entries must be completed within 14 days
  of purchase. Entrants must be 18 or
  older to enter. See complete rules on
        website. No purchase necessary.

Exhibit 2 (f)



More saving.
More doing.℠

RUSSELL_HANCOCK@HOMEDEPOT.COM
15655 ROY ROGERS DR.VICTORVILLE,CA 92394

1844 00002 43030    03/02/19  05:58 PM
CASHIER SYLVIA

098056130161 EXPANSION JT <A>
  HOMEX 1/2"X3-1/2"X10' EXPNSION JOINT
  9@3.45                          31.05
0000-593-087 5X150 MESH <A>
  5FTX150FT CONCRETE REINFORCE MESH
  2@117.00                       234.00

              SUBTOTAL       265.05
              SALES TAX       20.54
              TOTAL        $285.59
              CASH          300.00
              CHANGE DUE     14.41

       1844 02 43030 03/02/2019 1227

         RETURN POLICY DEFINITIONS
       POLICY ID   DAYS  POLICY EXPIRES ON
     A     1        90       05/31/2019

*****************************************
       DID  WE  NAIL  IT?

   Take a short survey for a chance TO WIN
     A $5,000 HOME DEPOT GIFT CARD

          Opine en español

        www.homedepot.com/survey

      User ID: HTF 88193 86351
      PASSWORD: 19152 86349

   Entries must be completed within 14 days
    of purchase. Entrants must be 18 or
    older to enter. See complete rules on
        website. No purchase necessary.

㉑    Exhibits (f)

Exhibit 6 (a)

Building Permit

$157.20

Exhibit 6 (a)

22

Exhibit (B)

City of Victorville
Utility Billing Payments
14343 Civic Dr.
Victorville, CA 92392-2399
(760) 955-5001
To make payments over the phone, call the
number listed above.

8208486-0081 Darcy M.   04/04/2019 03:33PM

INVOICE-ENERGOV
  Rodriguez Cardenas, Manuel
  2018    Item: EGINV-00023172
  (Permit) Plan Revision
  Fee- FIXED                            150.00

  Technology Fee - All
  Departments - Used to
  Pay for                                 7.20
Payment Id: 1167753
                                  ---------------
                                         157.20

Subtotal                                 157.20
Total                                    157.20

CASH                                     120.00
GENERAL PAYMENTS CREDIT CARD              37.20
  Visa ************9462
  Ref=5544172019046973203072
  Auth=714033
  30104-8208486-81

Ahj//wSTLIzXxQp7EGKAGxDRkzZt2rFyovb2TbuABU
Xt7Jt3BpAzoiOGhkOky9GK3+LQMKcmWRmvihT2IMUA
AAAAkAjN
                                  ---------------
Change due                                 0.00

Paid by: ** MULTIPLE **


  Signature: _____

Did you know you can pay your utility bill
online? Visit us at www.victorvilleca.gov
and click on "Online Payment".


                   CUSTOMER COPY

23   Exhibit 6 (B)

Exhibit 6(c)

# INVOICE (EGINV-00023172)
# FOR CITY OF VICTORVILLE



**BILLING CONTACT**

Manuel Rodriguez Cardenas

15317 7Th St
Victorville, Ca 92395

| INVOICE NUMBER | INVOICE DATE | INVOICE DUE DATE | INVOICE STATUS | INVOICE DESCRIPTION |
|---|---|---|---|---|
| EGINV-00023172 | 11/14/2018 | 12/14/2018 | Invoiced, Past Due | NONE |

| REFERENCE NUMBER | FEE NAME | TOTAL |
|---|---|---|
| BLDC18-00152 | Plan Revision Fee | $150.00 |
| | Technology Fee | $7.20 |
| 15392 Westside Dr Victorville, CA 92395 | SUB TOTAL | $157.20 |

| | TOTAL | $157.20 |
|---|---|---|

**REMITTANCE INFORMATION**

City of Victorville
14343 Civic Dr
P.O. Box 5001
Victorville, CA 92395-5001

Exhibit 6 (c)

Rodriguez, Monica A. - ARC                                    EXHIBIT 7(a)

| | |
|---|---|
| **From:** | Momo Roro <monyrod760@gmail.com> |
| **Sent:** | Thursday, June 27, 2019 5:19 PM |
| **To:** | Rodriguez, Monica A. - ARC |
| **Subject:** | Fwd: Payment Receipt for Invoice #18-2269 |

---------- Forwarded message ---------
From: **Building Principles, LLC** <mailer@waveapps.com>
Date: Thu, Mar 8, 2018 at 7:16 AM
Subject: Payment Receipt for Invoice #18-2269
To: <monyrod760@gmail.com>



**BUILDING**

**PRINCIPLES, LLC**

# Payment Receipt
## Invoice #18-2269
for MANUEL DE JESUS RODRIGUEZ CARDENAS
paid on Mar 8, 2018

Building Principles, LLC
**32772 Campo Drive**
**Temecula, California 92592**
**United States**

(951) 526-7960
**http://www.buildingprinciples.com**

Hi Monica,

Here's your revised payment receipt for Invoice #18-2269, for
$650.00 USD.

1



Exhibit M (a-b)

You can always view your receipt online, at:

https://waveapps.com/wkwfqj-fh2zej

If you have any questions, please let us know.

Thanks,

Jason James

Building Principles, LLC

## Payment Amount: **$650.00 USD**

**PAYMENT METHOD:**   CREDIT CARD

View Invoice

Or **View receipt on web**

Thanks for your business. If this invoice was sent in error, please contact **jason@buildingprinciples.com**

Powered by **wave**

--

Sent by M.Rodriguez

EXHIBIT "1(b)"



**All or part of this facility located at**

15392 Westside Road
Victorville, CA 92395

**has been inspected by a Certified Access Specialist (CASp).**

# ACCESS
# INSPECTED

**THIS CERTIFICATE DOES NOT IMPLY THAT THIS FACILITY MEETS DESIGN AND CONSTRUCTION REQUIREMENTS FOR ACCESSIBILITY FOR INDIVIDUALS WITH DISABILITIES.**

Inspection Date: March 9, 2018

CASp Signature: 

CASp Certificate #: 479

CASp Name: Jason James

*(Please Print)*

Inspection Certificate #: 27861

www.dgs.ca.gov/dsa/Programs/progAccess.aspx

Exhibit 8



Exhibit 8

Exhibit 9

Love v. Cardenas

## Global Settlement Term Sheet

1. Injunctive Relief of parking for the disabled and ramp

2. Global Settlement $9,000.
   Mr. Cardenas: $6,500
   Ms. Arriaga $2,500

3. Electronic Signatures

4. Confidential terms of settlement agreement.

5. Mutual release regarding subject property & plaintif & Love.

October 8, 2018

_____
Attorney for Plaintiff
Sara Gunderson

October 8, 2018

_____
MANUEL CARDENAS

Proposed Payment Plan
11/7/2018

12/7/18 - 10/7/19 a $160 payment on the each month. On 11/7/19 the last payment

Electronic Signatures

Exhibit
9

(29)