Love

# Global Settlement Term Sheet

1. <u>Injunctive Relief</u> of parking for the disabled and ramp
2. <u>Global settlement $9,000.</u>
    Mr. Cardenas: $6,500
    Ms. Arriaga $2,500
3. <u>Electronic Signatures</u>
4. <u>Confidential terms</u> of settlement agreement.
5. <u>Mutual release regarding</u> subject property & plaintiff & Love.

October 8, 2018

_____
Attorney for Plaintiff
Sara Gunderson

October 8, 2018

_____
MANUEL CARDENAS

[Proposed Payment Plan]

11/7/2018 $1,000

~~12/7/2018~~ 12/7/18 – 10/7/19 a $460 payment on the 7th of each month. On 11/7/19, the last payment will be $440.00.

→ Assent to stipulated judgment to be filed in the event of breach.

SG 10/8/2018            MR 10/8/18