| | |
|---|---|
| **From:** | Sara Gunderson |
| **To:** | "Robert Chandler" |
| **Subject:** | Love v. Cardenas (Settlement Documents) |
| **Date:** | Wednesday, October 10, 2018 7:51:28 AM |
| **Attachments:** | CONF SET K (Payment Plan).doc |
| | Stipulation for Judgment (District Court).doc |
| | image003.jpg |

Mr. Chandler,

As the email I sent you the other day, defendant Cardenas and plaintiff agreed to certain terms of a global settlement agreement. The settlement documents are attached. Please note, that I was unsure of Ms. Arriaga wanted to make a single payment of $2,500 or to make payments. As such, I wrote a simple payment schedule. If Ms. Arriaga would prefer to make a one time payment, then the stipulation for entry of judgment is not required (it is only required for payment plans, and will only be filed in the event of breach).

Please make any changes in track-change. Thank you for your timely review.

Best,
Sara

**Sara Gunderson**
Attorney
SaraG@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
**POTTER HANDY, LLP**
*Mailing Address*:
P.O. Box 262490
San Diego, CA 92196-2490
*Delivery Address*:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.