| | |
|---|---|
| **From:** | Sara Gunderson |
| **To:** | "Robert Chandler" |
| **Subject:** | Love v. Cardenas (Settlement Documents) |
| **Date:** | Thursday, October 11, 2018 1:32:46 PM |
| **Attachments:** | CONF SET K (Payment Plan for Cardenas).doc |
| | image001.jpg |

Mr. Chandler,

Attached is an updated settlement agreement; it states that your client will make a one-time payment of $2500 on or before November 15, 2018. This settlement agreement also extends the date for remediation from 180 days to 365. Please let me know if you have any issues with the settlement agreement. Please make any requested changes in track-change. I look forward to hearing your client has gotten in touch with you and signed the SA. I hope all is well.

I am worried that without your having heard from your client that I'll have to send you the joint MSJ regardless. Please let me know by end of day if your client will soon be signing or has signed this contract. I would appreciate it.

Sincerely,
Sara

Sara Gunderson
Attorney
SaraG@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
**POTTER HANDY, LLP**
*Mailing Address*:
P.O. Box 262490
San Diego, CA 92196-2490
*Delivery Address*:
9845 Erma Road Suite 300
San Diego, CA  92131

PH-BUILD3.png

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.