| | |
|---|---|
| **From:** | Sara Gunderson |
| **To:** | "Robert Chandler"; "M R-N" |
| **Subject:** | Love v. Cardenas - Settlement & Motion for Summary Judgment |
| **Date:** | Monday, October 15, 2018 9:28:12 PM |
| **Attachments:** | image003.jpg |

Good evening,

I have prepared the motion for summary judgment. Judge Olguin is not requiring a joint motion in this case (he did not provide the extra order), so after Plaintiff files, defendant will have 30 days to respond, and then plaintiff will have 15 to reply. I imagine he did not provide the joint motion order because Mr. Cardenas is pro per, but guessing is neither here nor there.

I would prefer that we settle in lieu of motion practice, but I don't want this going to trial, so I'm going to be filing the motion for summary judgment by 4 pm tomorrow if I don't receive the signed settlement documents beforehand. I just wanted to apprise you and request that you send the settlement documents if settlement by all is truly desired.

Best,
Sara

**Sara Gunderson**
Attorney
SaraG@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
**POTTER HANDY, LLP**
*Mailing Address*:
P.O. Box 262490
San Diego, CA 92196-2490
*Delivery Address*:
9845 Erma Road Suite 300
San Diego, CA  92131



PH-BUILD3.png

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com .Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.