| | |
|---|---|
| From: | M R-N |
| To: | Sara Gunderson |
| Subject: | Fwd: signed docs, Manuel Cardenas |
| Date: | Monday, October 15, 2018 10:12:17 PM |
| Attachments: | Image (11).jpg |
| | Image (12).jpg |

Good Evening Sara,

Sorry again for the delay, attached is the forwarded signature pages with my father's signature for each document you sent.

Please confirm receipt and let me know if this is all you need, or if I should do anything further, thank you for your patience.

Monica

---------- Forwarded message ---------
From: **Nydia Rodriguez** <nydiar.nr@gmail.com>
Date: Mon, Oct 15, 2018 at 9:56 PM
Subject:
To: M R-N <monyrod760@gmail.com>


2 signed
--
Sent by M.Rodriguez