upon entry of judgment, and Plaintiff and Defendants waive any right to appeal or seek review of this judgment by a higher court.

    The Plaintiff shall not file this stipulation for entry of judgment unless there is an uncured default by Defendants in the terms of the settlement agreement in this case.

Dated: 10/12/18      _[signature]_
DEFENDANT    Manuel Cardenas

Dated: _____      _____
DEFENDANT

-2-

Stipulation for Judgment      Case No: _____

X13: Cardenas's Signed Signature Page to Stipulated Judgment