UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 18-2924-DMG (PJWx) | Date | August 14, 2018 |
|---|---|---|---|
| Title | *Nehemiah Kong v. Sharon A. Chorlian, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE THE PARTIES' RULE 26(F) REPORTS [16] [17] AND PLAINTIFF'S MOTION TO STRIKE [18]**

On July 16, 2018, the Court ordered the parties to file a jointly signed Rule 26(f) report by August 10, 2018. [Doc. # 13.] On August 10, 2018, Plaintiff Nehemiah Kong filed a unilateral Rule 26(f) Report that was not signed by Defense Counsel. [Doc. # 16.] Similarly, Defendant Sharon A. Chorlian filed a Rule 26(f) report on August 13, 2018 that was not signed by Plaintiff's counsel. [Doc. # 17.] Plaintiff subsequently filed a motion to strike Docket Entry No. 17. [Doc. # 18.]

The Court *sua sponte* **STRIKES** Docket Entry Nos. 16 and 17 because they fail to comply with the Court's July 16, 2018 Order. Further, the Court *sua sponte* **DIRECTS** the Court Clerk to **SEAL** Docket Entry No. 17 because it includes confidential settlement discussions that do not belong in that document. [Doc. # 17 at **5:13–15**.][1] The Court **DENIES** Plaintiff's motion to strike as **moot**. By no later than August 24, 2018, the parties shall file a Joint Rule 26(f) Report that omits the above-mentioned specifics of the confidential settlement discussions.

**IT IS SO ORDERED.**

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |