Manuel Rodriguez Cardenas
15317 Seventh Street
Victorville, CA. 92395
(760)951-1106

DEFENDANT, IN PRO SE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SAMUEL LOVE, | Case No.: 5:18-CV-00208-FMO-KK |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF ERRATA AS TO DOLLAR AMOUNT PLAINTIFF IS REQUESTING REFERENCED IN DEFENDANT CARDENAS' MOTION TO DISMISS, AND CASE NUMBER REFERENCED IN DESCRIPTION OF DEFENDANT CARDENAS' MOTION TO DISMISS (DOC. 42, FILED 08/22/2019) |
| MANUEL R CARDENAS, | |
| Defendant | |

Please take notice that on Defendant Cardenas' Notice of Motion and Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(B)(1), Document 42, filed on 08/22/2019, the dollar amount referenced from Motion for Relief (Doc. 31, filed 06/28/2019) was entered in page 8, as $25.802.50, and the correct amount that should have been noted is $25,802.50.

Also, the description of the document was erroneously entered as

NOTICE OF ERRATA

1

"First NOTICE OF MOTION AND MOTION to Dismiss Case *5:18-cv-00208-FMI-KK"* and therefore, reflects on the **Full docket text for document 42** in that same manner. The correct Case Number in the description should be 5:18-cv-00208-FMO-KK.

Dated: August 22, 2019                        By:  /s/ Manuel R Cardenas
                                                                Manuel R Cardenas, *Defendant in Pro Se*

NOTICE OF ERRATA