FILED
CLERK, U.S. DISTRICT COURT

8/30/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL R. CARDENAS, et al.,<br><br>　　　　Defendants. | Case No. CV 18-0208 FMO (KKx)<br><br><br>**ORDER Re: SETTLEMENT PROCEEDINGS** |

Having reviewed the case file, the court ORDERS THAT:

1. The parties and their trial counsel shall appear before the assigned Magistrate Judge for a Settlement Conference no later than **October 29, 2019**, or on a date convenient to the Magistrate Judge.[1]  Absent exceptional circumstances, no extensions will be granted.

2. Counsel and the parties must comply with the requirements set forth below.  The parties may not seek relief from the Magistrate Judge from any of the settlement conference requirements set forth below.

3. Counsel who will try the case must be present.  In addition, the person with full settlement authority shall be present at the conference.[2]  This requirement contemplates the

---

[1] Although the court suggested at the August 29, 2019, hearing that it was amenable to setting the settlement conference before a mediator from the court's ADR panel, the court believes that this matter is well suited to a settlement conference conducted by the assigned magistrate judge.

[2] This means that Local Rule 16-15.5(b) relating to appearance by parties residing outside the District does not apply (except to the United States or any of its agencies), i.e., all parties,

physical presence of each party or, if a corporate or governmental entity, of an authorized and knowledgeable representative of the entity. Plaintiff Samuel Love's ("plaintiff") representative must have full and final authority, <u>in the representative's discretion</u>, to authorize dismissal of the case with prejudice, or to accept a settlement amount recommended by the settlement judge down to Manuel Cardenas and Margarita Arriaga (collectively, "defendants").

4. If a proposed settlement must be presented for approval to a board or committee, the person whose recommendation is normally followed must be the person present at the Settlement Conference.

5. Any insurance company that is contractually required to defend or to pay damages assessed within policy limits also shall have a settlement representative present at the conference. Such representative must have final settlement authority to commit the company to pay, <u>in the representative's discretion</u>, an amount recommended by the settlement judge within the policy limits. The purpose of this requirement is to have an insurance representative present who can settle the outstanding claim or claims during the course of the conference without consulting a superior. An insurance representative authorized to pay, <u>in his or her discretion</u>, up to the plaintiff's last demand made prior to the Settlement Conference will also satisfy this requirement. Counsel of record will be responsible for timely advising any involved non-party insurance company of the requirements of this Order.

6. Counsel appearing without their clients (whether or not counsel purportedly have been given settlement authority) may result in sanctions being imposed and/or the cancellation of the Settlement Conference. The noncomplying party, attorney, or both, may be assessed the costs and expenses incurred by other parties as a result of such cancellation and rescheduling.

7. Plaintiff's counsel shall contact the assigned Magistrate Judge's deputy clerk, with enough time so that the settlement conference date is early enough to comply with the settlement completion deadline imposed by this court. After obtaining available dates from the assigned Magistrate Judge's deputy clerk, counsel for the parties shall confer with each other and select

---

including those residing <u>outside</u> the District, <u>must</u> appear in person.

one of the proposed dates.  Plaintiff's counsel shall then advise the assigned Magistrate Judge's deputy clerk of the settlement conference date selected by parties.  If the case settles, counsel shall file a Notice of Settlement no later than 24 hours after the case is settled, stating when they expect to file their dismissal papers.  Otherwise, **the parties must, no later than 48 hours after the settlement proceeding is completed, file a Status Report Re: Settlement**.  The Status Report shall not disclose the parties' settlement positions, <u>i.e.</u>, the terms of any offers or demands.  The Status Report shall describe the efforts made by the parties to resolve the dispute informally, <u>i.e.</u>, the occasions and dates when the parties participated in mediation or settlement conferences.

      8.  The failure of any party or attorney to comply with the requirements of this Order shall result in sanctions being imposed.  The sanctions may include, but not be limited to, the fees and costs expended by the other parties in preparing and attending the Settlement Conference.

Dated this 30th day of August, 2019.

                                        /s/
                        Fernando M. Olguin
                    United States District Judge