## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 18-0208 FMO (KKx) | Date | **August 29, 2019** |
|---|---|---|---|
| Title | **Samuel Love v. Manuel R. Cardenas, et al.** | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Cheryl Wynn | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:                     Defendant:

Sara Gunderson

Manuel Cardenas, *pro se*
<u>Also</u> <u>present</u>: Monica Rodriguez
(daughter of Manuel Cardenas)

**Proceedings:        Status Conference**

Case called; no appearance is made on behalf of defendant Margarita Arriaga.

The court hears from plaintiff's counsel, Mr. Cardenas and Ms. Rodriguez. An order setting a settlement conference will issue.

|  | 00 | : | 13 |
|---|---|---|---|
| Initials of Preparer | | cw | |