CENTER FOR DISABILITY ACCESS
Phyl Grace SBN 171771
Mail: PO Box 262490, San Diego, CA 92196
Deliveries: 9845 Erma Road, Suite 300, San Diego, CA 92131
Phone: (858) 375-7385, Fax: (888) 422-5191

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Love<br><br>v.<br><br>Plaintiff(s)<br><br>Manuel R. Cardenas et.al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:18-CV-00208-FMO-KK<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Daniel Turner_____ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: September 23, 2019          /s/ Phyl Grace
                                   Attorney For Plaintiff   Samuel Love

Dated:
                                   Attorney For Plaintiff

Dated: September 23, 2019          Manuel R. Cardenas   ( Pro Per )  [signature]
                                   Attorney For Defendant   Manuel R. Cardenas

Dated: September 23, 2019          /s/  Robert C. Chandler
                                   Attorney For Defendant   Margarita Arriaga

Attorney for Plaintiff to electronically file original document.