JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No. ED CV 18-0208 FMO (KKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MANUEL R. CARDENAS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion to Enforce Settlement, filed contemporaneously with the filing of this judgment, IT IS ADJUDGED that defendant Margarita Arriaga shall pay plaintiff Samuel Love the amount of $6,500.

Dated this 18th day of December, 2020.

/s/
Fernando M. Olguin
United States District Judge